1:18 MJ 9044

## AFFIDAVIT

Your Affiant, William L. Hasty, deposes and states:

1. Your affiant is a Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice, and have been so employed since October 2010. Affiant has been assigned to the investigation of violent crime matters in the Cleveland Division for approximately 4 months and with the Federal Bureau of Investigation for 7 years. Affiant has been charged with the investigation of federal crimes involving bank robberies, drugs, weapons violations, kidnaping, human trafficking, and other general criminal offenses in the northern District of Ohio. Affiant is empowered to conduct investigation of and to make arrests for federal offenses, *see* 18 U.S.C. § 3052. At all times during this investigation described in this affidavit, Affiant has acted in an official capacity as a SA of the FBI.

2. Affiant has participated in all of the usual methods of investigation, including, but not limited to, physical surveillance, the questioning of witnesses, and the analysis of evidence. Affiant has participated in the execution of arrest and search warrants resulting in the seizure of illegal weapons, drugs, currency, and stolen property. Affiant has supervised the activities of informants and participated in the execution of consensual monitoring and court ordered Title III Wiretaps.

## PROBABLE CAUSE

3. On January 3, 2018, a Glock 27 bearing serial number BEFM972 was purchased by Tyla Spencer at Cleveland Armory, a sporting goods store in Valley View, OH. Also purchased at the same time was a red laser sight. On or after January 3, 2018, Lashawn

Davis posted a photo to Instagram using account name rgf.shawnn which showed Davis holding two new Glock pistol boxes in what appeared to be a sporting goods store.

4. On February 4, 2018, a carjacking/aggravated robbery occurred at 1732 Coventry Road, Cleveland Heights, OH, during which a burgundy Hyundai Elantra bearing Ohio registration HHM1555 was taken at gunpoint. The victim described the subjects as two young black males carrying black semi-automatic handguns.

5. On Saturday, February 17, 2018, at approximately 11:30 am, two black males entered the Dollar Bank, 5201 Wilson Mills Road, Richmond Heights, Ohio and robbed the bank at gunpoint stealing approximately $1,008.00 in U.S. currency. The victim teller described the weapon used in the robbery as a grey or black semi-automatic handgun with two "circles" in the area of the muzzle.

6. Surveillance video obtained from the bank and viewed by your Affiant showed a black male wearing a black hoodie and a face covering of some kind, and light colored pants entering the bank with what appeared to be a small handgun drawn.

7. Employees who were working at the time of the robbery were interviewed and stated the suspects entered the bank yelling and ordering them to not move and to get on the ground. One employee heard the second robber yell, "you got 5 seconds or I'm going to fucking kill you" before beginning a countdown of "five, four, three." Employees then heard the two robbers run out the door, where employees captured the registration of the getaway vehicle as Ohio HHM1555 and contacted 911. That registration returned to a stolen burgundy Hyundai which had been taken at gunpoint on February 4, 2018 in Cleveland Hts., OH.

8. On March 6, 2018 during the execution of an arrest warrant targeting Lashawn Davis at his residence, 1835 Penrose, East Cleveland, OH, a revolver was found in his bedroom in plain view. Following this, the residence was locked down pending application for a search warrant. While that warrant was awaiting signature, Davis volunteered the location of a Glock 27 pistol in his bedroom, secreted inside a stack of laundry next to his bed. Upon executing that search warrant, the above mentioned Glock 27 bearing serial number BEFM972 was recovered in a laundry basket next to the bed as described by Davis. Additionally, a red laser sight was attached at the time of the discovery. Upon its discovery, the weapon's muzzle was pointed at officers, with the muzzle and laser sight both appearing as two circles to the viewer. A stack of fresh $2 bills were also found in Davis' bedroom. A new stack of $2 bills were taken in the bank robbery on February 17, 2008.

9. During a March 7, 2018 interview of Davis, which was conducted at the Valley View, OH Police Department, Davis confessed to the February 17, 2018 robbery of the Dollar Bank at 5201 Wilson Mills Road, Richmond Heights, Ohio as well as the armed carjacking of the burgundy Hyundai bearing Ohio registration HHM1555 which occurred on February 4, 2018 in Cleveland Hts., OH.

## CONCLUSION

10. Based on the above listed facts and circumstances your Affiant believes and asserts that there is probable cause to believe that on February 4, 2018, in the Northern District of Ohio, Lashawn Davis did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempt or conspire so to

do, or commit or threaten physical violence to any person or property in furtherance of a plan or purpose to violate this section in violation of Title 18, U.S.C., Section 1951(a).

11. Based on the above listed facts and circumstances your Affiant believes and asserts that there is probable cause to believe that on February 17, 2018, in the Northern District of Ohio, Lashawn Davis did by force and violence, or by intimidation take, or attempt to take, from the person or presence of another, or obtain or attempt to obtain by extortion any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association, in violation of Title 18, U.S.C., Section 2113(a), and did, in the commission of the offense assault any person, or put in jeopardy the life of any person by the use of a dangerous weapon or device, in violation of Title 18, U.S.C., Section 2113(d).

12. Based on the above listed facts and circumstances your Affiant believes and asserts there is probable cause to believe that through the armed carjacking on February 4, 2018 and bank robbery on February 17, 2018, Davis used or carried, and brandished a firearm during and in relation to a crime of violence in both instances, therefore committing two violations of Title 18, U.S.C., Section 924(c)(1(A)(ii).

William L. Hasty, Special Agent
Federal Bureau of Investigation

This affidavit was sworn to by the affiant by telephone after a PDF was transmitted by email, per Crim R. 41(d)(3).

William H. Baughman
United States Magistrate Judge