FILED

2018 APR 11 PM 4:50

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | JUDGE GAUGHAN |
| v. | ) | CASE NO. 1:18 CR 184 |
| | ) | Title 18, Sections 2 |
| LASHAWN DAVIS, | ) | 924(c)(1)(A)(ii), 2113(a) and (d), |
| | ) | and 2119(1), United States Code |
| Defendant. | ) | |

COUNT 1
(Carjacking, in violation of 18 U.S.C. §§ 2119(1) and 2)

The Grand Jury charges:

On or about February 4, 2018, in the Northern District of Ohio, Eastern Division, the defendant, LASHAWN DAVIS, did knowingly and intentionally, by force and violence or by intimidation, and with intent to cause death or serious bodily harm, take a motor vehicle (to wit: a 2016 Hyundai Elantra) that had been transported in interstate commerce, from the person or presence of another, in violation of Title 18, Sections 2119(1) and 2, United States Code.

COUNT 2
(Using or Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii))

The Grand Jury further charges:

On or about February 4, 2018, in the Northern District of Ohio, Eastern Division, the

defendant, LASHAWN DAVIS, did use or carry a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Carjacking, in violation of Title 18, United States Code, Sections 2119(1) and 2, as charged in Count 1 of this Indictment, and further did brandish said firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 3
(Armed Bank Robbery, in violation of 18 U.S.C. §§ 2113(a) and (d) and 2)

The Grand Jury further charges:

On or about February 17, 2018, in the Northern District of Ohio, Eastern Division, the defendant, LASHAWN DAVIS, by force and violence, or intimidation, did take from the person or presence of bank tellers and other employees at the Dollar Bank, 5201 Wilson Mills Road, Richmond Heights, Ohio, approximately $1,008 in monies belonging to, or in the care, custody, control, management, or possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, did put in jeopardy the lives of bank employees and others by the use of a dangerous weapon, to wit: a firearm, in violation of Title 18, United States Code, Sections 2113(a) and (d) and 2.

## COUNT 4
(Using or Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii))

The Grand Jury further charges:

On or about February 17, 2018, in the Northern District of Ohio, Eastern Division, the defendant, LASHAWN DAVIS, did use or carry a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Armed Bank Robbery, in violation of Title 18, United States Code, Sections 2113(a) and (d) and 2, as charged in Count

3 of this Indictment, and further did brandish said firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.