FILED
2020 NOV 19 AM 10:56
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America
Plaintiff

vs. Case No. 1:18CR184

Mr. LaShawn Davis
Defendant

NOTICE OF APPEAL

Now comes the Defendant, Mr. LaShawn Davis, hereby submitting his Notice of Appeal to the District Court's denial of his Compassionate Release handed down 11/06/2020.

Humbly Submitted;

Lashawn Davis Date: 11/12/2020

Mr. LaShawn Davis
Reg. No. 65520-060
FCI-Gilmer
Po Box 6000
Glenville, WV. 26351