**United States District Court for the** Northern

**District of** Ohio

| |
|---|
| USA |

Plaintiff,

vs. Case No. 18CR184

| |
|---|
| Lashawn Davis |

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that Lashawn Davis ,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

a denial of the Motion For Compassionate Release
*The final judgment, from an order describing it*

entered in this action on the 6th day of November , 2020 .

(s) Vicki Lynn Ward


Address: 1220 West 6th St., Suite 203
Cleveland, Ohio 44113
216-696-5580


Attorney for Appellant-Lashawn Davis

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ☑
Court of Appeals ☑

6CA-3
11/16