IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO (EASTERN DIVISION)

FILED
JUL 30 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

United States of America
Plaintiff

vs.

Case No. 1:18-CR-184
(GAUGHAN)

Lashawn Davis
Defendant

MOTION FOR RECONSIDERATION

Now comes the Defendant, Mr. Lashawn Davis (Mr. Davis), hereby humbly requesting that this Honorable Court reconsider its recent denial of his 18 U.S.C. §3582(c)(1)(A)(i) motion for Compassionate Release due to the Coronavirus (COVID-19) pandemic and its deadly effects it has on individuals with preexisting conditions set forth by the C.D.C.

Due to, the new Delta Variant, raging throughout the United States, Mr. Davis is, now, in greater danger of contracting and/or succumbing to its even deadlier effects due to his pre-existing medical

conditions previously listed.

Humbly Submitted;

Lashawn Davis 7-26-21

Mr. Lashawn Davis
Reg. No. 65520-060
FCI-Gilmer
PO Box 6000
Glenville, WV. 26351

Lashawn Davis
#65520-060
F.C.I Gilmer
P.O. Box 6000
Glenville, WV
26351

CHARLESTON WV 250
27 JUL 2021 PM 1 L



Office of the clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United states court house
801 W. Superior Ave
Cleveland, OH
44113-1830

44113-182999

CR
4