## EXHIBIT 1:
### "Administrative Remedies"

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 27, 2024

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BUTNER LOW FCI

TO  : LASHAWN DAVIS, 65520-060
      BUTNER LOW FCI    UNT: 2 SP    QTR: D06-003L
      P.O. BOX 999
      BUTNER, NC 27509

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1223533-F1    ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : DECEMBER 23, 2024
SUBJECT 1       : REDUCTION-IN-SENTENCE REQUEST-OTHER/NON-MEDICAL
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS         : WHAT IS USSG, DO YOU MEAN USSC GUIDELINES? SENTENCES
                  OF OTHERS IS NOT A MEANS FOR COMPASSIONATE RELEASE
                  AND IS NOT WHAT YOU STATED IN YOUR BP-8

U. S. Department of Justice
Federal Bureau of Prisons

BP 8 - RESPONSE
LSCI, Butner, North Carolina

To: DAVIS, Lashawn
     Register No: 65520-060
     Unit: Durham B

This is in response to your Attempt to Informal Resolution received on 12/04/2024, wherein you are requesting Compassionate Release.

Title 18 of the United States Code, section 3582 (c)(1)(A), allows a sentencing court, on motion of the Director of the Bureau of Prisons (BOP), to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582 (c)(1)(A) and 4205 (g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate;" the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

Program Statement 5050.50 provides guidance for consideration of a RIS for extraordinary or compelling circumstances. This request does not meet the criteria of any of the categories in the program statement for review at the institution level.

I trust this addresses your concerns.

BOP 1330.18A
September
Page 4
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

Bureau of Prisons Program Statement 1330.18, dated 01/06/2014, Administrative Remedy Program, requires that "inmates shall informally present their complaints to staff and staff attempt to informally resolve an issue before an inmate files a "Request for Administrative Remedy". The staff member must try to resolve the issue informally before the inmate will be given a "Request for Administrative Remedy" form.

*************************************************************************************

To be completed by the Counselor:

Inmate's Name _Davis Lashaun_ Reg # _65530-060_ Date _11/22/24_

Date and time given to inmate: _12/11/24 @ 0935 AM_

*************************************************************************************

To be completed by the Inmate:

1. Nature of Problem: _I want to request compassionate release_

2. State what action or resolution you expect. Be specific _To be released on Compassionate release_

*************************************************************************************

To be completed by the Counselor:

1. Date & Time received from inmate: _11/22/24 @ 1300_

2. Summary of Investigation: _See Attachment_

3. Actions staff members have taken to resolve the matter informally: _See Attachment_

*************************************************************************************

Counselor to check applicable section:

( ) Problem informally resolved on _____

(X) Problem not resolved. Continue formal procedure. _BP-9_
Explanation for Non-Resolution: _Requested BP-9_

*************************************************************************************

Date: _12/11/24_ Counselor's Signature: _[signature]_

Date: _12/11/24_ Unit Manager's Signature: _[signature]_

Date: _12/11/24_ Inmate's Signature: _Lashaun Davis_

BOP 1330.18A

REQUEST FOR ADMINISTRATIVE REMEDY

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

From: Davis, Lashaun    REG. NO. 65520-060    UNIT: DC    INSTITUTION: USCI Ashland
LAST NAME, FIRST, MIDDLE INITIAL

**Part A– INMATE REQUEST** To be released on Compassionate release, pursuant to USSG Amendment 829, The changes in relevant Law, along with unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct, are extraordinary and Compelling Circumstances warrant Compassionate release.

12-13-24
DATE

Lashaun Davis
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE

WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

CASE NUMBER: 123533. F1

**Part C– RECEIPT**

Return to: _____ LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT:

12/27/24
DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)