**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 1:18CR00184 |
| | : | |
| Plaintiff, | : | JUDGE PATRICIA A. GAUGHAN |
| | : | |
| -vs- | : | |
| | : | **MOTION TO WITHDRAW MOTION** |
| LASHAWN DAVIS, | : | **FOR COMPASSIONATE RELEASE** |
| | : | |
| Defendant. | : | |

Lashawn Davis, submitted to the Court a pro se Motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). The pro se request was filed April 14, 2025. (R. 71: Pro Se Motion). Since Mr. Davis filed his Motion, the Sixth Circuit Court of Appeals issued its opinion in *United States v. Bricker et al.*, 135 F.4th 427 (6th Cir. 2025). *Bricker* invalidated the unusually long sentence guideline that permitted a defendant to request compassionate release if changes in the law would "create a gross disparity" between a defendant's initial sentence and the sentence he would receive at the time of filing the compassionate release motion. *See* U.S.S.G. § 1B1.13(b)(6).

Mr. Davis asserted § 1B1.13(b)(6), as the "extraordinary and compelling reason" for compassionate release in his Motion. Based on the *Bricker* decision, Mr. Davis now wishes to withdraw his pro se Motion. (R. 71: pro se Motion).

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Lori Riga*
Ohio Bar: 0066994
Office of the Federal Public Defender
1660 West Second Street, Suite #750
Cleveland, OH 44113

(216) 522-4856 Fax: (216) 522-4321
E-mail: lori_riga@fd.org