**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 1:18CR00184 |
| | : | |
| Plaintiff, | : | JUDGE PATRICIA A. GAUGHAN |
| | : | |
| -vs- | : | |
| | : | **MOTION TO WITHDRAW** |
| LASHAWN DAVIS, | : | **AS COUNSEL** |
| | : | |
| Defendant. | : | |

Lashawn Davis filed a pro se Motion for compassionate release on July 27, 2026. (R. 74: Motion). The following day, the Court appointed the Office of the Federal Public Defender to represent Mr. Davis. (Non-Doc. Order Entry, 7-28-2026).

The Court previously appointed the Office of the Federal Public Defender to represent Mr. Davis in a prior compassionate release motion. (R. 71: Motion). Mr. Davis withdrew this Motion pending the United States Supreme Court's decision in *Rutherford v. United States*, 608 U.S. __, 146 S. Ct. 1320 (2026). Undersigned counsel now ask the Court to remove her and the Office of the Federal Public Defender as counsel based on irreconcilable differences regarding Mr. Davis's pending Motion. Counsel requests that the Court appoint new counsel to represent Mr. Davis.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Lori Riga*
Ohio Bar: 0066994
Office of the Federal Public Defender
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216) 522-4856 Fax: (216) 522-4321
E-mail: lori_riga@fd.org